IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOE CEPHUS EDWARDS, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:16cv00010 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| ADMINISTRATION, | ) | United States District Judge |
|     Defendant. | ) | |

**MEMORANDUM OPINION**

    Joe Cephus Edwards, a non-prisoner proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against "Administration." To state a claim for relief under § 1983, a plaintiff must allege facts indicating that he has been deprived of rights guaranteed by the Constitution or laws of the United States and that this deprivation resulted from conduct committed by a person acting under color of state law. *West v. Atkins*, 487 U.S. 42 (1988). The court is not able to understand any claims alleged in Edwards' complaint and is not able to determine who the defendant is. At best, plaintiff's allegations are far too vague and conclusory to state a cognizable federal legal claim against anyone. Accordingly, the court finds that Edwards has failed to state a constitutional claim upon which relief may be granted and, therefore, the court dismisses his complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).[1]

    Entered: January 25, 2016.

                                                          /s/ *Elizabeth K. Dillon*
                                                           Elizabeth K. Dillon
                                                           United States District Judge

---

[1] Section 1915(e)(2) governs proceedings brought *in forma pauperis*, whether filed by a prisoner or non-prisoner. *Michau v. Charleston Cnty.*, 434 F.3d 725, 728 (4th Cir. 2005).