IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOE CEPHUS EDWARDS, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:16cv00010 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| ADMINISTRATION, | ) | United States District Judge |
|     Defendant. | ) | |

**FINAL ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that Edwards' request to proceed *in forma pauperis* is GRANTED, this action is DISMISSED without prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and this case is STRICKEN from the active docket of the court.

The Clerk is directed to send a copy of this order and accompanying memorandum opinion to plaintiff.

Entered: January 25, 2016.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge